02-11-028-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00028-CV

 

 


 
 
 TK & AS Investments, Inc., Condemnee
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Texas Midstream Gas Services, LLC
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM County
Court at Law No. 3 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Motion For Voluntary
Dismissal Of Appellant's Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

PER
CURIAM

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED: 
May 19, 2011









[1]See Tex. R. App. P. 47.4.